# J.A. Rakofsky
# Injury & Accident Law, LLC

P.O. Box 32250 ● Newark, NJ 07102 ● Tel. 888.977.0090 ● Fax. 888.977.4711

August 5, 2020

**Via e-File:**
To:   Hon. Zahid N. Quraishi, U.S.M.J.
      United States District Court
      Clarkson S. Fisher Building
      402 East State Street
      Trenton, NJ 08608

**RE:   Axis Surplus Lines Ins. Co. v. Royale Property Mgmt. v. Prime Ins. Co.
        Docket: 3:19-cv-00220-FLW-TJB**

Dear Judge Quraishi,

I hope Your Honor is well. I was under the impression a conference call was scheduled for tomorrow, August 6, 2020 at 10:00 A.M. However, I understand that the attorney who requested the conference call is no longer representing Plaintiff. If Your Honor wishes for the conference call to occur, I would respectfully request that this Honorable Court provide me with the necessary call-in information.

If Your Honor has any further questions, please do not hesitate to make contact with us. Thank you.

Respectfully submitted,

/s/ *Joseph Rakofsky*

Joseph Rakofsky, Esq.
Cell: (917) 319-2699