

**HINSHAW & CULBERTSON LLP**
Attorneys at Law
800 Third Avenue
13th Floor
New York, NY 10022

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

Courtney Murphy
cmurphy@hinshawlaw.com

September 2, 2020

**VIA ECF**
Hon. Zahaid N. Quraishi
U.S. Magistrate Judge
United States District Court
District of New Jersey
Clarkson S. Fisher building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

      Re: *Axis Surplus Lines Insurance Company v. Royale Property Management*
          Docket No.: 3:19-cv-00220

Judge Quraishi:

    In connection with the above-referenced matter, and pursuant to my earlier email, we respectfully request an adjournment of the settlement conference to September 14, 2020. The reason for this request is not to delay the mediation or the proceedings generally, but we recently received my file materials from my old law firm which I needed to prepare the Confidential Mediation Statement. All counsel have consented to this request.

    Thank you in advance for your consideration of this matter.

Respectfully,

HINSHAW & CULBERTSON LLP

By: /s/ *Courtney Murphy*
      Courtney Murphy

CM:ajr

cc: By ECF
    All Counsel

*[Handwritten note: Settlement Conference adjourned to 9/14/20 @ 11 AM.]*

So Ordered this 3rd day of September, 2020

/s/ Hon. Zahid N. Quraishi

1034073\306535210.v1